ALBERT G. LAMPORT, as Administrator of the Estate of HIRAM H. LAMPORT, Deceased, Appellant, *v.* MARY C. SMEDLEY, Respondent, Impleaded with Others.

Reported below, 155 App. Div. 516.
(Argued January 5, 1914; decided January 13, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1913, upon an order reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in an action to have certain assignments adjudged null and void on the ground of fraud and undue influence.

The motion was made upon the grounds that the reversal by the Appellate Division was upon the facts and, therefore, not reviewable by the Court of Appeals and that the appeal was taken merely for purpose of delay.

*John S. Wise, Jr.,* for motion.

*Edmund L. Mooney* opposed.

Motion denied, without costs.